Hon. Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN RANKIN AND MICHELLE RANKIN, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>HOMESITE INSURANCE COMPANY,<br><br>Defendant. | NO. 2:21-cv-00997-TL<br><br>~~(PROPOSED)~~ **ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT AWARD OF FEES AND COSTS**<br><br>**NOTED ON MOTION CALENDAR: April 15, 2022** |

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice, and without costs and/or attorneys' fees as to any party, and the Court having reviewed the Joint Stipulation and the records and files herein, and finding good cause, now, therefore, it is hereby ORDERED that the Parties' Stipulation of Dismissal With Prejudice is GRANTED.

//

//

//

IT IS FURTHER ORDERED that all claims between the Parties are DISMISSED with prejudice, and without costs or attorney fees awarded to any party.  This case is closed.

DATED this 15th day of April, 2022.

_____
Tana Lin
United States District Judge